# United States Court of Appeals
## For the First Circuit

No. 12-1149

UNITED STATES OF AMERICA,

Appellee,

v.

JEFFREY L. CLEMENS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on December 10, 2013 is amended as follows:

On page 10, footnote 5, line 10, "of" is inserted between "burden" and "proof".

On page 21, footnote 9, line 4, "panel" is changed to "court".